■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD PENCIEL FORD, Appellant.— Pursuant to stipulation, motion by appellant for reargument withdrawn. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GARCIA, Appellant.— Pursuant to remand of the Court of Appeals (People v. Garcia, 8 N Y 2d 1143, Dec. 1, 1960), the prior orders of this court dismissing the appeal and denying appellant's motion to dispense with printing and to assign counsel, are vacated. Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. Appellant is directed to file six copies of this typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term of this court, beginning April 24, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HENDRY, Appellant.— Motion by appellant: (1) to consolidate his appeal from an order denying his motion for a new trial with his pending appeal from the judgment of conviction; (2) to dispense with the printing of the record on the appeal from said order; and (3) for other relief. Motion granted to the extent of consolidating the two appeals and directing that they be heard together on the original papers (including the typed minutes) and on appellant's typewritten brief. Such brief shall include a copy of the opinion, if any, rendered by the trial court. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Cross motion by the District Attorney to dismiss the appeal from the order on the ground that it is not appealable, denied without prejudice to the renewal of the motion on the argument of the appeals. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALVIN JOHNSON, Appellant.— On the court's own motion, the decision handed down November 7, 1960 (ante, p. 489), is amended by striking out the designation of Jacob Siegfried, Esq., as counsel to prosecute the appeal, and by designating Lester Pollack, Esq., 292 Madison Avenue, New York, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ. concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT TIPPINS, Appellant.— On the court's own motion, the decision handed down September 26, 1960, as amended by orders of this court dated October 31, 1960 and November 7, 1960 (ante, p. 490), is further amended by striking out the designation of Joseph A. Solovei, Esq., as counsel to prosecute the appeal, and by designating Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS WRIGHT, Appellant.— Motions by respondent to dismiss appeals granted, without costs, and appeals dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.